ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| G2 Global Solutions, LLC | ) ASBCA No. 63415 |
| | ) |
| Under Contract No. HHM402-17-C-0113 | ) |

APPEARANCES FOR THE APPELLANT:     Isaias Cy Alba, IV, Esq.
                                    Kevin T. Barnett, Esq.
                                     PilieroMazza PLLC
                                     Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Scott N. Flesch, Esq.
                                     Army Chief Trial Attorney
                                    CPT Dmitrius R. McGruder, JA
                                    Robert B. Neill, Esq.
                                     Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  September 14, 2023

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63415, Appeal of G2 Global Solutions, LLC, rendered in conformance with the Board's Charter.

Dated:  September 14, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals